# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# TRENTON DIVISION

A HUNTS MILLS ASSOCIATES LLC, a New Jersey Limited Liability Company, *individually and on behalf of all others similarly situated*,

CIVIL ACTION No. 21-13726

Plaintiff,

v.

HOLIDAY HOSPITALITY FRANCHISING, LLC, SIX CONTINENTS HOTELS, INC. d/b/a INTERCONTINENTAL HOTELS GROUP and IHG OWNERS ASSOCIATION, INC.

Defendants.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT IHG OWNERS ASSOCIATION, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), A Hunts Mills Associates LLC hereby voluntary dismisses Defendant IHG Owners Association, Inc. without prejudice. Plaintiff maintains its claims as to all other Defendants. The Parties will bear their own costs.

Respectfully submitted,

/ *Justin M. Klein*
Justin M. Klein
**Marks & Klein, LLP**
63 Riverside Avenue
Red Bank, New Jersey 07701
T: (732) 747-7100
F: (732) 219-0625
justin@marksklein.com

1

2

        Andrew P. Bleiman (*pro hac vice* forthcoming)
        Mark Fishbein (*pro hac vice* forthcoming)
        **Marks & Klein, LLP**
        1363 Shermer Road, Suite 318
        Northbrook, Illinois 60062
        T: (312) 206-5162
        F: (732) 219-0625
        andrew@marksklein.com
        mark@ marksklein.com

        *Attorneys for Plaintiff & the Class*