Justin M. Klein, Esq.
**Marks & Klein, LLP**
331 Newman Springs Rd., Bldg. 1
4th Floor, Suite 143
Red Bank, NJ 07701.
T: (732) 747-7100
F: (732) 784-2850
justin@marksklein.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | |
|---|---|
| A HUNTS MILLS ASSOCIATES LLC, a New Jersey Limited Liability Company, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>HOLIDAY HOSPITALITY FRANCHISING, LLC, SIX CONTINENTS HOTELS, INC. d/b/a INTERCONTINENTAL HOTELS GROUP and IHG OWNERS ASSOCIATION, INC.<br><br>Defendants. | CIVIL ACTION No. 21-13726-PGS-DEA<br><br>**DISMISSAL WITHOUT PREJUDICE**<br><br>SO ORDERED: *Peter M Sheridan*<br>DATED: 1/5/22 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff A HUNTS MILLS ASSOCIATES LLC hereby dismisses this action without prejudice. Each party shall bear its own costs and fees.

Dated: January 5, 2022

Respectfully submitted,

*s/ Justin M. Klein*
**Marks & Klein, LLP**
*Attorneys for Plaintiff*

1